UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRIS E. MARSHALL and JASON P. MARSHALL,

      Plaintiffs,

  v.

ROSS, UNITED STATES GOVERNMENT-FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, et al.,

      Defendants.
_____/

CASE NO. CIV-93-1372 WBS/PAN

JOHN PAUL MARSHALL,

      Plaintiff,

  v.

UNITED NATIONS, UNITED STATES GOVERNMENT (U.S.A.); STATE OF CALIFORNIA; CITY OF SACRAMENTO; DOES I through XXXX,

      Defendants.
_____/

CASE NO. CIV-05-2575 LKK-GGH-PS

ORDER

      The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on January 12,

2006. See Local Rule 83-123. The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE